IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GUADALUPE RIVER COALITION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-25-CA-00090-FB |
| | § | |
| GUADALUPE-BLANCO RIVER AUTHORITY, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

# JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (docket no. 14) is GRANTED such that Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of July, 2025.

FRED BIERY
UNITED STATES DISTRICT JUDGE